No. 11–9317. FLORES *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the .docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 11A807. ROWELL *v.* PALMER, WARDEN, ET AL. Application for certificate of appealability, addressed to JUSTICE BREYER and referred to the Court, denied.

No. 11A961. ABDURAKHMANOV *v.* HOLDER, ATTORNEY GENERAL. C. A. 6th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–2638. IN RE BALDWIN. James E. Baldwin, of Lebanon, Mo., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys permitted to the practice of law before this Court. The rule to show cause, issued on April 16, 2012 [*ante,* p. 932], is discharged.

No. D–2676. IN RE DISCIPLINE OF SIMON. Bruce W. Simon, of Saint Joseph, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2677. IN RE DISCIPLINE OF SCHOENECKER. James Michael Schoenecker, of Milwaukee, Wis., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.